People v Robles (2022 NY Slip Op 50956(U))

[*1]

People v Robles (Khalil)

2022 NY Slip Op 50956(U) [76 Misc 3d 136(A)]

Decided on September 30, 2022

Appellate Term, First Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on September 30, 2022
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Brigantti, J.P., Tisch, Michael, JJ.

570411/19

 The People of the State of New York,
Respondent, 
against
Khalil Robles, Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York, Bronx
County (Frances Y. Wang, J.), rendered March 25, 2019, convicting him, upon a plea of guilty,
of obstructing governmental administration in the second degree, and imposing sentence.

Per Curiam.
Judgment of conviction (Frances Y. Wang, J.),rendered
March 25, 2019, affirmed.
Regardless of whether defendant made a valid waiver of his right to appeal, and assuming
that CPL 420.35(2-a), which permits the waiver of surcharges and fees for persons who, like
defendant, were less than 21 years old at the time of the crime, applies retroactively (see
People v Zapata, 205 AD3d 740 [2022], lv granted — NY3d —, 2022
NY Slip Op 98026[U]; People v Dyshawn B., 196 AD3d 638 [2021]), we do not find that
vacatur of the surcharge and fees as a matter of discretion in the interest of justice would be
appropriate in this case (see People v Nunez, 203 AD3d 476 [2022], lv denied 38
NY3d 1073 [2022]; People v Escalona, 202 AD3d 451 [2022], lv denied 38
NY3d 1070 [2022]).
All concur
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
Clerk of the Court
Decision Date: September 30, 2022